# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **CATHERINE DAVIS** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CIVIL ACTION FILE |
| : | NO. 1:18-cv-01693-MHC |
| **RESCARE, INC. d/b/a RESCARE** : | |
| **HOMECARE, VANESSA STRAUS,** : | |
| **and JOHN DOES-13,** : | |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4A, Defendant Southern Home Care Services, Inc. certifies that, on the date below, a true and correct copy of the following discovery material:

1. Southern Home Care Services, Inc.'s Second Set of Interrogatories to Plaintiff; and

2. Southern Home Care Services, Inc.'s Second Request for Production of Documents to Plaintiff

was served via U.S. Mail, proper postage prepaid, to the following attorney(s) of record in this case:

12326563v.1

Bernard Hoppenfeld<br>
3348 Peachtree Road, N.E.<br>
Suite 700<br>
Atlanta, Georgia 30326

This 25th day of October, 2018.

**HAWKINS PARNELL THACKSTON & YOUNG LLP**

*/s/ Matthew A. Boyd*
Ronald G. Polly, Jr.
Georgia Bar No. 538264
rpolly@hptylaw.com
Matthew A. Boyd
Georgia Bar No. 027645
mboyd@hptylaw.com
303 Peachtree Street, N.E.
Suite 4000
Atlanta, Georgia 30308
Telephone:  (404) 614-7400
Facsimile:  (404) 614-7500

*Counsel for Defendant Southern Home Care Services, Inc.*

12326563v.1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CATHERINE DAVIS : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> RESCARE, INC. d/b/a RESCARE : <br> HOMECARE, VANESSA STRAUS, : <br> and JOHN DOES-13, : <br> : <br> **Defendants.** : | CIVIL ACTION FILE <br> NO. 1:18-cv-01693-MHC |

## CERTIFICATE OF SERVICE

This certifies that the foregoing **CERTIFICATE OF SERVING DISCOVERY MATERIAL** was electronically filed with the Clerk of the Court via CM/ECF, which will automatically provide notification of such filing to the following attorney(s) of record:

Bernard Hoppenfeld
3348 Peachtree Road, N.E.
Suite 700
Atlanta, Georgia 30326

This 25th day of October, 2018.

*/s/ Matthew A. Boyd*
Matthew A. Boyd

12326563v.1